JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLICENT GAIL COLE, ) | NO. CV 19-10787-KS |
|       Plaintiff, ) | |
|   v. ) | JUDGMENT |
| ANDREW M. SAUL, Commissioner of ) Social Security, ) | |
|       Defendant. ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 17, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE